SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
(aplutzik@sbtklaw.com)
(rbramson@sbtklaw.com)

-and-

Joseph H. Meltzer, Esq. (jmeltzer@sbtklaw.com)
Edward W. Ciolko, Esq. (eciolko@sbtklaw.com)
Joseph A. Weeden, Esq. (jweeden@sbtklaw.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

RODDY KLEIN & RYAN
Gary Klein (klein@roddykleinryan.com)
Shennan Kavanagh (kavanagh@roddykleinryan.com)
Kevin Costello (costello@roddykleinryan.com)
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone: (617) 357-5500 ext. 15
Facsimile: (617) 357-5030

Attorneys for Plaintiffs
Claudia P. Sierra and Lillian Sergenton

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO RODRIQUEZ, on behalf of himself and all others similarly situated,**<br><br>    **Plaintiff,**<br>vs.<br><br>**FIRST FRANKLIN FINANCIAL CORPORATION,**<br><br>    **Defendant.** | Case No.  08-CV-1515 JW<br>08-02735 RS<br><br><br>[PROPOSED] ORDER RELATING CASES |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12, filed by Claudia P. Sierra and Lillian Sergenton on June 13, 2008,

IT IS HEREBY ORDERED:

*Sierra v. First Franklin Financial Corp.*, CV-08-2735-RS, filed May 30, 2008, is related to *Rodriguez v. First Franklin Financial Corp.,* CV-08-1515-JW, filed March 19, 2008.  Further, *Sierra* and all later-filed related actions shall be assigned to the Honorable James Ware.    The Court continues the Case Management Conference in C-08-02735 RS to December 15, 2008 at 10:00 AM.  The parties are to file a joint case managmenet statement by December 5, 2008.

Dated: June 20, 2008

Honorable James Ware
United States District Judge