Gary Klein
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Fl.
Boston, MA 02111
Telephone: 617-357-5500 ext. 15

**FILED**

JUL 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA P. SIERRA and LILLIAN
SERGENTON, on behalf of themselves
and all others similarly situated,

        Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL
CORPORATION

        Defendant(s).
_____/

CASE NO. 5: 08-cv-02735-JW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, Gary Klein, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Claudia P. Sierra and Lillian Sergenton in the above-entitled action.

    In support of this application, I certify on oath that:

1.    I am an active member in good standing of the United States District Court, District of Massachusetts and the United States Supreme Court;

2.    I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45,

1

1  Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute resolution programs of this Court; and,

3. An attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name address and telephone number of the attorney is:

> Alan R. Plutzik
> Bramson, Plutzik, Mahler & Birkhaeuser, LLP
> 2125 Oak Grove Road
> Suite 120
> Walnut Creek, CA 94598
> 925-945-8792

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2008

_____
Gary Klein

RECEIVED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA P. SIERRA and LILLIAN SERGENTON, on behalf of themselves and all others similarly situated,

        Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL CORPORATION

        Defendant(s).
_____/

CASE NO. 5: 08-cv-02735-JW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Gary Klein, an active member in good standing of the bar of Massachusetts and admitted to the U.S. District Court for the District of Massachusetts, whose business address and telephone number is:

> Gary Klein
> Roddy Klein & Ryan
> 727 Atlantic Avenue, 2nd Fl.
> Boston, MA 02111
> 617-357-5500 ext. 15

having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis representing Claudia P. Sierra and Lillian Sergenton.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with

1

1  co-counsel designed in the application will constitute notice to the party.  All future
2  filings in this action are subject to the requirements contained in General Order No.
   45, *Electronic Case Filing*.
3       Dated:                                    _____
4                                                 Hon. James Ware

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021208
Cashier ID: almaceb
Transaction Date: 07/11/2008
Payer Name: roddy klein and ryan
-----------------------------------
PRO HAC VICE
 For: GARY KLEIN
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 4970
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-2735 JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```