UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA P. SIERRA and LILLIAN SERGENTON, on behalf of themselves and all others similarly situated,

        Plaintiff(s),

v.

FIRST FRANKLIN FINANCIAL CORPORATION

        Defendant(s).

CASE NO. 5: 08-cv-02735-JW

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Gary Klein, an active member in good standing of the bar of Massachusetts and admitted to the U.S. District Court for the District of Massachusetts, whose business address and telephone number is:

        Gary Klein
        Roddy Klein & Ryan
        727 Atlantic Avenue, 2nd Fl.
        Boston, MA 02111
        617-357-5500 ext. 15

having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis representing Claudia P. Sierra and Lillian Sergenton.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with

co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 28, 2008

_____
Hon. James Ware