Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Mark S. Melodia  *Appearing Pro Hac Vice*
Paul J. Bond
REED SMITH LLP
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540
Telephone:    (609) 520-6015
Facsimile:    (609) 951-0824

Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA P. SIERRA and LILLIAN SERGENTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION<br><br>Defendant. | Case No.    08-02735 JW<br>             08-CV-1515<br><br>**DEFENDANT FIRST FRANKLIN FINANCIAL CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]** |

**CERTIFICATE OF INTERESTED ENTITIES/PERSONS**

Pursuant to Civil L.R. 3-16, Defendant First Franklin Financial Corporation ("Defendant") hereby certifies that the following listed persons, associations of persons, firms, partnerships,

1  corporations (including parent corporations) or other entities (i) have a financial interest in the
2  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in
3  that subject matter or in a party that could be substantially affected by the outcome of this
4  proceeding:

     1.     Merrill Lynch Mortgage Services Corporation;

     2.     Merrill Lynch Bank & Trust Co., F.S.B.; and

     2.     Merrill Lynch & Co., Inc., a Delaware corporation, which has no parent corporation and in which no publicly held company holds more than 10% of its stock.

DATED: August 18, 2008

REED SMITH LLP

By   /s/ Mark S. Melodia
Mark S. Melodia
Tyree P. Jones, Jr.
Attorneys for Defendant
FIRST FRANKLIN FINANCIAL CORPORATION